## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR18 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANGELA M. ALMAGUER, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR21 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDWARD CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

The government's Motion to Consolidate Case (Filing No. 20 in Case No. 8:06CR18 and Filing No. 12 in Case No. 8:06CR21) is scheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on May 19, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.     The defendants shall file a response to the motion on or before May 17, 2006.

This being a criminal case, the defendants must be present unless otherwise ordered by the court.

DATED this 12th day of May, 2006.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge