IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:06CR21 |
| v. | ) ) | |
| EDWARD CLARK, | ) ) | ORDER |
| Defendant. | ) ) | |

    IT IS ORDERED that attorney David Nich's Motion to Withdraw (Filing No. 48) is denied for failure to comply with NeCrimR 41.1(e) which requires notification of the motion to withdraw to the defendant.

    DATED this 2nd day of February, 2007.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      United States District Judge