IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>          Plaintiff,            )<br>                                        )<br>vs.                                      )<br>                                        )<br>                                        )<br>EDWARD CLARK,                 )<br>          Defendant.         ) | Case No. 8:06CR21<br><br>ORDER TO WITHDRAW<br>       EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Defendant's exhibit No. 1 / Hearing held 10/9/07

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 9th day of October, 2007.

                              s/Joseph F. Bataillon
                              United States District Judge